LAW OFFICES
# McKinnon & Harwood, LLC

DANIEL V. McKINNON
JOHN B. HARWOOD*
_____
DAVID S. FRANCAZIO *
ROBERT A. D'ALFONSO, III*

1168 NEWPORT AVENUE
PAWTUCKET, R.I. 02861
(401) 723-9655

*ALSO ADMITTED IN MASSACHUSETTS

September 18, 2017

Michael Hlady
MSA# 0685729
5 Paul X. Tivnan Drive
West Boylston, MA   01583

Dear Michael:

I contacted Assistant Attorney General J. Patrick Youngs (Rhode Island) last week regarding the 6/1/17 "Detainer" notice sent to the Worcester County House of Corrections. Assistant A.G. Youngs said that the Massachusetts prison officials, before you are released by them, can bring you to R.I. to address the R.I. issues. If he is accurate, please do so as soon as possible in that I will meet you in the Providence Superior Court with the goal of resolving the pending R.I. charge.

Please let me know how you make out.

Best always,

John B. Harwood

JBH:kn



# Commonwealth of Massachusetts

### OFFICE OF THE SHERIFF
COUNTY OF WORCESTER
JAIL AND HOUSE OF CORRECTION
5 PAUL X. TIVNAN DRIVE
WEST BOYLSTON, MASSACHUSETTS 01583
TELEPHONE: 508 854-1800
FAX: 508 856-0465
TTY: 508 854-1888

LEWIS G. EVANGELIDIS
SHERIFF

Michael Hlady
0685729

October 11, 2017

Mr. Hlady,
I am in receipt of your request for a copy of your "hold notification" for RI. Please fill out the attached Authorization and/or Copy Criminal Offender Information.  Once completed, please forward to my attention and I will send you 3 copies so you can forward it to your attorney. As far as an IAD is concerned, you do not have enough time left on your sentence to start the IAD process, you will be habed in to Clinton DC for a fugitive from justice charge.  I trust this addresses your concern.

Jennifer O'Day
Records Supervisor

Cc: Institutional Record